KHPark.MUS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KWANG HO PARK, ) <br> JI SUNG SHIN, ) <br> TAE WON HONG, ) <br> YOUNG CHUL YOON, and ) <br> DONG KYU YU, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 01-00083 <br><br> **MOTION TO UNSEAL CASE** |

COMES NOW the United States of America, and hereby moves this Honorable Court for an order unsealing the above-entitled case. One of the defendants, Ji Sung Shin, has been arrested. His trial is set for May 9, 2006, at 9:00 a.m. Another defendant, Kwang Ho Park, has pled guilty and is scheduled to be sentenced. The government believes that the investigations

\\
\\
\\
\\

-1-

conducted while this matter was sealed have been completed, and there is no further benefit to be gained by keeping this indictment secret.

Respectfully submitted this 23rd day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney