

taehongetaldismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 1 9 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KWANG HO PARK,<br>JI SUNG SHIN,<br>TAE WON HONG,<br>YOUNG CHUL YOON, and<br>DONG KYU YU,<br><br>Defendants. | CRIMINAL CASE NO. 01-00083<br><br>**MOTION TO DISMISS INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendants, TAE WON HONG, YOUNG CHUL YOON and DONG KYU YU, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 19th day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney