```
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 01-00083 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS INDICTMENT** |
| KWANG HO PARK, JI SUNG SHIN, TAE WON HONG, YOUNG CHUL YOON, and DONG KYU YU, | ) |
| Defendants. | ) |

The United States' Motion to Dismiss the Indictment as to defendants, TAE WON HONG, YOUNG CHUL YOON, and DONG KYU YU, is hereby granted.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
        **Chief Judge**
**Dated: Mar 24, 2008**